O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT WALKER, | CASE NO. CV 12-06808 RZ |
| Plaintiff, | |
| vs. | JUDGMENT |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

DATED: August 19, 2013

RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE